**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS DELGADO, | ) Case No. CV 21-8281-SPG (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) |
| CHRISTIAN PFEIFFER, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Petitioner's motions for leave to amend are denied.

2. Respondent's motion to dismiss is granted.

3. Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: October 17, 2022

SHERILYN PEACE GARNETT
U.S. DISTRICT JUDGE