JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS DELGADO, | Case No. CV 21-8281-SPG (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| CHRISTIAN PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice on grounds one through four and without prejudice on ground five.

DATED: October 17, 2022

SHERILYN PEACE GARNETT
U.S. DISTRICT JUDGE